DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of, Z.A., a child.

K.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-2939
_____

April 17, 2026

Appeal from the Circuit Court for Hillsborough County; Lisa Denise Campbell, Judge.

Kellye Rodriguez, Tampa, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Tallahassee, for Appellee Statewide Guardian ad Litem Office.


PER CURIAM.

Affirmed.

MORRIS, SLEET, and SMITH, JJ., Concur.

———————————————————————

Opinion subject to revision prior to official publication.